**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00365-CR

———————————

## IN RE ANDREW GONZALES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Andrew Gonzales, has filed a petition for writ of mandamus requesting that we either (1) compel the district court clerk to "file pleadings submitted to his office for filing" in which relator requests that the trial court

"enforce [his] plea agreement" or (2) compel the trial court to grant relator's request to "enforce [his] plea bargain agreement."[1] We **deny** the petition.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *State of Texas v. Andrew Gonzales*, cause number 970811, in the 176th District Court of Harris County, Texas, the Honorable Stacy W. Bond presiding.